401 F.2d 182
 John A. CROSS et al., Appellants,
v.
S. S. KAIMANA, her engines, etc., et al., Appellees.
John A. CROSS et al., Appellants,
v.
S. S. LANAKILA, her engines, etc., et al., Appellees.
John A. CROSS et al., Appellants,
v.
S. S. ALASKA BEAR, her engines, etc., et al., Appellees.
John A. CROSS et al., Appellants,
v.
S. S. PACIFIC BEAR, her engines, etc., et al., Appellees.
John A. CROSS et al., Appellants,
v.
S. S. COAST PROGRESS, her engines, etc., et al., Appellees.
 Nos. 21719, 21719-A to 21719-D.
 United States Court of Appeals Ninth Circuit.
 Oct. 16, 1968, Certiorari Denied Feb. 24, 1969, See 89 S.Ct. 879.
 
 Richard Ernst (argued), John Paul Jennings (argued), San Francisco, Cal., Richard G. Larson Oakland, Cal., Marvin C. Taylor, Edgartown, Mass., for appellants.
 John Hays (argued), of Dorr, Cooper & Hays, Severson, Zang, Werson, Berke & Larson, John F. Meadows, Chief, Adm. & Shipping Sec., McCutchen, Doyle, Brown & Enersen, San Francisco, Cal., for appellees.
 Before POPE, HAMLEY and MERRILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgments in the above-entitled causes, consolidated for trial and appeal, are affirmed for the reasons stated in the opinion of the district court reported sub nom. Long Island Tankers Corporation et al. v. S. S. Kaimana et al., 265 F.Supp. 723.